PER CURIAM.
Affirmed. Harmon v. State, 527 So.2d 182 (Fla.1988); State v. DiGuilio, 491 So.2d 1129 (Fla.1986); Rogers v. State, No. 95-2248, 689 So.2d 408 (Fla. 3d DCA 1997); State v. Marshall, 21 Fla. L. Weekly D1865, — So.2d - [1996 WL 460696] (Fla. 3d DCA 1996), rev. granted, 689 So.2d 1072 (Fla. 1996); State v. Burns, 661 So.2d 842 (Fla. 5th DCA 1995), rev. dismissed 676 So.2d 1366 (Fla.1996); State v. Riley, 617 So.2d 340 (Fla. 1st DCA 1993); State v. Kester, 612 So.2d 584 (Fla. 3d DCA 1992); McIntosh v. State, 532 So.2d 1129 (Fla. 4th DCA 1988).